UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ANIRE OKUPAKU,                                    CASE NO: 06-61392-CIV-COHN

    Plaintiff,
v.

AMERICAN AIRLINES, INC.,

    Defendant.
_____/

**DEFENDANT AMERICAN AIRLINES, INC.'S EXPERT WITNESS LIST**

Defendant, American Airlines, Inc., pursuant to the Order entered on September 27, 2007 (DE #32) and local Federal Rules of Civil Procedure, Rule 26(a)(2), hereby files this its expert witness disclosure:

**1.**  **Peter A. Livingston, M.D.**
    Consultants in Diagnostic Imaging
    3389 Sheridan Street, PMB 285
    Hollywood, Florida  33021

    a. Dr. Livingston is expected to testify in the area of radiology. Dr. Livingston's opinions are based upon his inspection and review of the medical records of the Plaintiff, deposition transcripts, documents produced in this case, his interpretation of Plaintiff's radiology and MRI films, in addition to his background, training, education, experience, and expertise in the field of neurology and neurosurgery.

    b. A copy of Dr. Livingston's written report is attached hereto as <u>Exhibit "A"</u>.

    c. The data and/or information considered by Dr. Livingston in forming his written report in this case was as follows:

        i. radiology films including x-rays and/or MRIs of the Plaintiff;
        ii. radiology reports from radiological films of the Plaintiff; and
        iii. medical records of the Plaintiff;

    d.  Exhibits to be used as a summary of or in support of his written report: undetermined at this time.

CASE NO: 06-61392-CIV-COHN

e.  A copy of Dr. Livingston's curriculum vitae listing his experience, previous trial and/or deposition testimony, qualifications and publications is attached hereto as Exhibit "B"; and

f.   Dr. Livingston's compensation for study and review as of October 9, 2007 is $4,300.00.  Dr. Livingston's deposition and trial appearance fee is $600.00 per hour.

2. **Dr. John Nordt**
   427 Biltmore Way, Suite 100
   Coral Gables, Florida 33134

   a.  Dr. Nordt is a board certified orthopedic surgeon.  He performed an independent medical evaluation of Plaintiff on September 7, 2007.  Dr. Nordt will testify about Plaintiff's injuries and causation based on his review of Plaintiff's medical records, deposition transcripts, and his independent medical evaluation of Plaintiff.

   b.  A copy of Dr. Nordt's written report is attached hereto as Exhibit "C".

   c.  The data and/or information considered by Dr. Nordt in forming his written report in this case was as follows:

   i.  radiology films including x-rays and/or MRIs of the Plaintiff;
   ii.  radiology reports of films of the Plaintiff; and
   iii. medical records of the Plaintiff.

   d.   Exhibits to be used as a summary of or in support of his written report: undetermined at this time.

   e.  A copy of Dr. Nordt's curriculum vitae listing his experience, qualifications and publications is attached hereto as Exhibit "D".  Dr. Nordt does not maintain written records of his previous trial and/or deposition testimony; and

   f.   Dr. Nordt's compensation for study and review as of October 10, 2007 is $1,200.00.  Dr. Nordt's deposition appearance fee is $1500.00.  Dr. Nordt's trial appearance fee is $3,000.00 per half a day and $6,000.00 per a full day.

3. **Peter Gampel, CPA (MO), ABV, ASA, CBV, CA**
   Crowe, Chizek and Company, LLC
   350 East Las Olas Blvd.
   Suite 1420
   Fort Lauderdale, Florida 33301-4216

CASE NO: 06-61392-CIV-COHN

    a. Mr. Gampel is a forensic accountant. Mr. Gampel's opinions are based upon his inspection and review of deposition transcripts from depositions taken in this matter, documents produced in this case, his interpretation of Plaintiff's tax records and surgical hisotry, in addition to his background, training, education, experience, and expertise in the field of accounting.

    b. A copy of Mr. Gampel's written report is attached hereto as <u>Exhibit "E"</u>.

    c. The data and/or information considered by Mr. Gampel in forming his written report in this case was as follows:

        i. Strax Rejuvenation employment records of the Plaintiff;
        ii. Report and entire file from Plaintiff's expert F.A. Raffa;
        iii. Plaintiff's Complaint; and
        iv. Plaintiff's Deposition Transcript taken 3/9/07.

    d. Exhibits to be used as a summary of or in support of his written report: undetermined at this time.

    e. A copy of Mr. Gampel's curriculum vitae listing his experience, previous trial and/or deposition testimony, qualifications and publications is attached hereto as <u>Exhibit "F"</u>; and

    f. Mr. Gampel's compensation for his review and study of this case as of October 10, 2007 is: $17,800.00. Mr. Gampel's fee for trial testimony is $325.00 per hour.

4.    Any and all experts listed by the Plaintiff as individuals whom he expects to call at the trial of this matter.

5.    Any and all experts named or referred to in depositions taken or to be taken in this matter.

6.    Any and all experts named or referred to in Answers to Interrogatories filed or to be filed in this matter.

7.    Any and all experts named or referred to in Responses to Requests to Produce propounded or to be propounded in this matter.

8.    Any and all experts named or referred to in responses to Non-Party Subpoenas Duces Tecum propounded or to be propounded in this matter.

9.    Any witnesses, experts or otherwise whom American Airlines may need to retain to rebut any testimony provided by any of the witnesses whom the Plaintiff expects in good faith to call during the trial in this matter.

CASE NO: 06-61392-CIV-COHN

10. As discovery is ongoing and additional discovery will be undertaken prior to trial, American Airlines reserves the right to supplement or amend this Expert Witness List. Defendant will provide the names and addresses of any additional expert witnesses whom American Airlines expects in good faith it may call during the trial in this matter once it has had an opportunity to complete the depositions and additional discovery of Plaintiff's witnesses and expert witnesses, if any, and once American Airlines determines the identity of any additional witnesses and expert witnesses, if any, it intends to use at trial.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of October, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day via transmissions of Notices of Electronic Filing generated by CM/ECF on **Joseph Slama, Esquire**, Krupnick, Campbell, Malone, Buser, Slama & Hancock, P.A., 700 S.E. Third Avenue, Courthouse Law Plaza, Suite 100, Fort Lauderdale, Florida 33316.

s/Gregory M. Palmer
GREGORY M. PALMER
Florida Bar No. 784796
SHANNON CAMPBELL FITZPATRICK
Florida Bar No. 0499382
RUMBERGER, KIRK & CALDWELL
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580
Attorneys for Defendant AMERICAN AIRLINES, INC.

603824