# STATEMENT OF QUALIFICATIONS

## PETER GAMPEL, CPA (MO), ABV, ASA, CBV, CA

| | |
|---|---|
| *EDUCATION* | McGill University, Bachelor of Commerce, Accounting and Finance, 1977 |
| | McGill University, Diploma in Public Accountancy, Post-Graduate Studies, 1980 |
| *PROFESSIONAL DESIGNATIONS* | American Institute of Certified Public Accountants, Accredited in Business Valuation (ABV), 2003 |
| | Certified Public Accountant (CPA), Missouri, 1995 |
| | American Society of Appraisers, Accredited Senior Appraiser (ASA), Business Valuation, 1986 |
| | Canadian Institute of Chartered Business Valuators, Chartered Business Valuator (CBV), 1984 |
| | Order of Chartered Accountants of Quebec, Chartered Accountant (CA), 1982 |
| | Member, American Institute of Certified Public Accountants |
| | Member, Florida Institute of Certified Public Accountants |
| *EMPLOYMENT* | Crowe Chizek and Company LLC, *formerly Madsen Sapp Mena Rodriguez & Co.* Fort Lauderdale, FL |
| |    Executive, Valuation and Litigation Support Services, April 2002 to present |
| | Arthur Andersen LLP, Miami, FL |
| |    Principal and Director of Florida and Caribbean Valuation Services Group, December 1995 – March 2002 |
| | Rachlin, Cohen & Holtz, CPA's, Miami, FL |
| |    Consultant in Litigation and Valuation Services, September 1993 to December 1995 |
| | Richard Wise & Partners, Consultants, Montreal |
| |    Consultant in Litigation and Valuation Services, July 1992 to August 1993 |
| | Goldstein, Lewin & Co., CPA's, Boca Raton, FL |
| |    Director of Litigation and Valuation Consulting Practice, October 1990 to June 1992 |
| | Richter, Usher & Vineberg, Chartered Accountants, Montreal |
| |    Director of Litigation and Valuation Consulting Practice, 1986 to September 1990 |
| | Prior history included other valuation/merger and acquisition experience from 1982 to 1990 as well as audit experience with international accounting firms from 1977 to 1981. |



EXHIBIT F

# STATEMENT OF QUALIFICATIONS

## PETER GAMPEL, CPA (MO), ABV, ASA, CBV, CA

**EXPERIENCE**

Exclusively involved in litigation consulting and business valuation since 1981;

Preparation of more than 900 valuation reports for purposes of:

| VALUATION | LITIGATION |
|---|---|
| Purchases and sales | Economic damages |
| Management buy-ins and buy-outs | Loss of profits |
| Minority interest shareholdings | Breach of contract |
| Limited partnership interests | Product liability |
| Estate and gift tax | Patent infringement |
| Corporate tax planning | Intellectual property |
| Purchase price allocation (SFAS 141) | Personal injury |
| Intangible assets and useful life | Shareholder / partnership disputes |
| Goodwill and intangible asset impairment (SFAS 142, 144) | Marital disputes |
| | Disputes with taxation authorities |

**COURT TESTIMONY**

Circuit Courts:
- 11th Judicial Circuit, Dade County, Florida
- 15th Judicial Circuit, Palm Beach County, Florida
- 17th Judicial Circuit, Broward County, Florida
- 20th Judicial Circuit, Collier County, Florida

United States Tax Court
United States Bankruptcy Court
Quebec Superior Court

**ARTICLES**

South Florida Business Journal
Medical Business – South Florida Edition
The Florida Bar Quarterly Report
Business Valuation Review
CA Magazine
The Montreal Gazette Newspaper
Lawyers Weekly
The National

Crowe

# STATEMENT OF QUALIFICATIONS

### PETER GAMPEL, CPA (MO), ABV, ASA, CBV, CA

| | |
|---|---|
| **PRESENTATIONS** | Florida Venture Capital Forum |
| | Estate Planning Council of Broward County |
| | Fort Lauderdale Tax Council |
| | Estate Planning Council of Martin County |
| | Medical Business Seminar |
| | Lectured on the subject of business valuation at Concordia University, Montreal in both the MBA and Post Graduate Commerce Programs |
| **LANGUAGES** | English and French |
| **PERSONAL** | Born 1953 in Montreal, Canada |
| | Married, two daughters |



Peter Gampel
Summary of Expert Witness Activities
Recent History Updated as of April 11, 2007

Page 1

| Year | Case Name | Case Number | Jurisdiction | Attorneys |
|---|---|---|---|---|
| 2006 | Plaza Properties Group, Inc., et al vs. Grinnell Corporation, Inc.<br>- Deposition testimony<br>- Assistance to attorney representing Defendant | 02-010234 CACE 13 | Circuit Court of the 17th Judicial Circuit, Broward County | **For Petitioner:**<br>William S. Spencer, Esq.<br>Michael W. Marcil, Esq.<br>Gunster, Yoakley & Stewart<br><br>**For Defendant:**<br>David C. Willis, Esq.<br>Daniel J. Gerber, Esq.<br>Eric L. McAliley, Esq.<br>Rumberger, Kirk & Caldwell |
| 2006 | Marc E. Bosem, M.D., et al vs. Musa Holdings, Inc. et al<br>- Deposition and trial testimony<br>- Assistance to attorney representing Defendants | 00-012018 CACE 08 | Circuit Court of the 17th Judicial Circuit, Broward County | **For Petitioner:**<br>Jeffrey A. Norkin, Esq.<br>Jeffrey A. Norkin, P.A.<br><br>**For Defendants:**<br>Paul O. Lopez, Esq.<br>Tripp Scott |
| 2006 | Joy L. Rodak vs. Mobile Medical Industries, Inc.<br>- Deposition and arbitration panel testimony<br>- Assistance to attorney representing Respondent | AAA No: 321660072804 | American Arbitration Association | **For Claimant:**<br>Eddy O. Marban, Esq.<br>The Law Offices of Eddy O. Marban<br><br>**For Respondent:**<br>Christine L. Wilson, Esq.<br>Jackson Lewis LLP |
| 2005 | Edward Lipton vs. Intercept Payment Solutions, Inc. and Raymond Moyer<br>- Deposition testimony only<br>- Assistance to attorneys representing Defendants | 03-62040-CIV (MARRA/SELTZER) | United States District Court for the Southern District | **For Petitioner:**<br>Andrew T. Lavin, Esq.<br>Navon & Lavin, P.A.<br><br>**For Defendants:**<br>Anthony Carriuolo, Esq.<br>Berger Singerman P.A.<br><br>Bridget A. Berry, Esq.<br>Greenberg Traurig, P.A. |

Peter Gampel
Summary of Expert Witness Activities
Recent History Updated as of April 11, 2007
Page 2

| Year | Case Name | Case Number | Jurisdiction | Attorneys |
|---|---|---|---|---|
| 2004 | King of Fans, Inc. vs. Litex Industries Limited<br>- Deposition testimony only<br>- Assistance to attorney representing Petitioner | 03-61637 CIV (COOKE) | United States District Court for the Southern District | **For Petitioner:**<br>Stefan Stein, Esq.<br>Holland & Knight LLP<br><br>**For Defendants:**<br>Thomas Watkins, Esq.<br>Brown Mc Carrol, LLP<br><br>Joseph Bain, Esq.<br>Jennifer Cohn Glasser, Esq.<br>Akerman Senterfitt |
| 2003 | Estate Irving Gurberg vs. The Deputy Minister of Revenue of Quebec<br>- Trial testimony<br>- Assistance to attorney representing Petitioner | 500-02-051528-961 | Court of Quebec (Civil Division) | **For Petitioner:**<br>Francois Barette, Esq.<br>Goodman Philips & Vineberg, Attorneys<br><br>**For Defendants:**<br>Martine Bergeron, Esq.<br>Veillette & Associates |
| 2003 | Lenscrafters, Inc. vs. Centimark Corp.<br>- Deposition testimony only<br>- Assistance to attorneys representing Defendants | CA02-9412AF | Circuit Court of the 15th Judicial Circuit, Palm Beach County, FL | **For Petitioner:**<br>Jeffrey S. Lapin, Esq.<br>Larson King, LLP<br><br>**For Defendants:**<br>Gregory M. Palmer, Esq.<br>Wicker, Smith, O'Hara, McCoy, Graham & Ford, P.A. |
| 2001 | Shoma Development Corporation Vs. Miller Legg; Glassman Co.,<br>-Deposition and trial testimony<br>-Assistance to attorneys representing Defendants | 98-11500 | Circuit Court of the 17th Judicial Circuit, Broward County | **For Petitioner:**<br>Oscar Sanchez, Esq.<br>Stacey Berum Boehm, Esq.<br>Akerman Senterfitt<br><br>**For Defendants:**<br>Clifford Gorman, Esq.<br>Kubicki Draper<br><br>Frank J. Sinagra<br>Harley, Sinagra & Perez |