UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 06-61392-CIV-COHN

ANIRE OKUPAKU,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

    Defendant.
_____/

**DEPOSITION OF PETER GAMPEL, ASA, ABV**

Taken before CRICKETT C. MORRISON, Court Reporter and Notary Public in and for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above cause.

- - -

Croew Chizek and Company, LLC,
350 E. Las Olas Boulevard,
Suite 1420,
Fort Lauderdale, FL 33301

October 30, 2007
10:05 a.m. - 11:50 a.m.

EXHIBIT "2"

```
 1

 2

 3
         A P P E A R A N C E S:
 4
             KRUPNICK, CAMPBELL, MALONE, BUSER, SLAMA,
 5           HANCOCK, LIBERMAN & McKEE, P.A.
                by Joseph J. Slama, Esq.,
 6                 700 S.E. Third Avenue,
                   Suite 100,
 7                 Fort Lauderdale, FL 33316
             appearing on behalf of the Plaintiff.
 8
             RUMBERGER, KIRK & CALDWELL, P.A.
 9              by Shannon C. Fitzpatrick, Esq.,
                   80 S.W. 8th Street,
10                 Suite 3000,
                   Miami, FL 33130
11           appearing on behalf of the Defendant.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

# I N D E X

PLAINTIFF'S WITNESSES

PETER GAMPEL, ASA, ABV

Direct Examination by Mr. Slama. . . . . . . . . . . . . .4


PLAINTIFF'S EXHIBITS

| Exhibit No. | Description | Marked |
|---|---|---|
| No. 27 | Report. | 23 |
| No. 28 | Expert's file. | 51 |
| No. 28-A | Federal Reserve Statistical Release. | 71 |

*** NOTE: Exhibits were retained by the witness.

```
 1              P - R - O - C - E - E - D - I - N - G - S
 2     Thereupon:
 3                     PETER GAMPEL, ASA, ABV,
 4     was called as a witness on behalf of the Plaintiff, and,
 5     having been first duly sworn, was examined on his oath
 6     and testified as follows:
 7                         DIRECT EXAMINATION
 8     BY MR. SLAMA:
 9          Q    Please state your full name for the record.
10          A    Peter Gampel.
11          Q    Mr. Gampel, you've worked on other occasions for
12     the law firm of Rumberger Kirk, correct?
13          A    Yes.  I have.
14          Q    On how many other occasions?
15          A    Approximately four other occasions.
16          Q    And all were on behalf of defendants, correct?
17          A    That's correct.
18          Q    In any of those cases, did they involve cases in
19     Federal Court?
20          A    I don't believe so.
21          Q    Okay.  There is a difference between methodology
22     and assumptions, correct, sir?
23          A    Yes.
24          Q    And in this case, as I understand it, you are
25     criticizing Dr. Raffa's assumptions, correct?
```

1    **A**    What we have prepared is a rebuttal report with
2    respect to the report that Dr. Raffa presented originally.
3    **Q**    You have not prepared an independent report of
4    your own gauging the economic losses to Dr. Okpaku, have
5    you?
6    **A**    Not at this time I haven't.  No.
7    **Q**    And you have not been asked to do so?
8    **A**    Not at this moment.
9    **Q**    So back to your report, which you filed Rule 26
10   in Federal Court as a sworn document, you are criticizing
11   Dr. Raffa's assumptions and not his methodology, correct?
12          **MS. FITZPATRICK:**  Object to the form.
13          **THE WITNESS:**  Not necessarily.  It would be the
14       methodologies and assumptions.  We are critiquing any
15       and all aspects of his report that merited critique.
16   BY MR. SLAMA:
17   **Q**    Okay.  What aspects of the methodology did you
18   criticize as opposed to assumptions?
19          Let me ask it this way:  Can we agree that
20   Dr. Raffa's methodology employed, at least the model that
21   he used, the methodology that he used, is an accepted
22   methodology within the field forensic economics, correct?
23   **A**    The methodology that he employed in this
24   particular case is somewhat unique in that it simply has
25   regard to a form of structure within the entity under