## I. INTRODUCTION

### A. Assignment

I, Peter Gampel, am an Executive in the public accounting firm of Crowe Chizek and Company LLC ("Crowe Chizek"). I have been retained in this matter by Gregory M. Palmer, Esq., of Rumberger, Kirk and Caldwell, P.A., Counsel for Defendant American Airlines, Inc. ("American Airlines") to render my professional opinion in connection with the dispute between Plaintiff Anire Okpaku ("Okpaku") and Defendant American Airlines. Specifically, I was asked to provide analysis and expert opinion as it relates to the preliminary expert report by Frederick A. Raffa ("Raffa"), of Raffa Consulting Economists, Inc., dated September 24, 2007 setting forth his opinion as to Okpaku's loss of past and future earnings capacity related to this case ("Raffa Preliminary Report"). This report describes the scope of the assignment, my opinions, the basis of my opinions, and the documentation and information considered.

My opinions and conclusions are based upon the documentation and information provided to me through the date of this report. The Raffa Preliminary Report along with other production were received by me on October 3, 2007. I have prepared this analysis in the event that American Airlines is liable for any damages as a result of the allegations of Okpaku. I reserve the right to modify and update this report and the opinions and conclusions expressed herein to the extent that relevant additional documentation and/or information is received and/or reviewed subsequent to the date of this report. I expect to testify to the opinions and other matters set forth in this report.

Appendix A contains my curriculum vitae, which sets forth my qualifications to perform this analysis and provide expert opinions, and includes my expert testimony during at least the last four years. The analysis discussed herein is based upon an accounting perspective and my experience in the area of litigation support. In addition to my professional qualifications, my opinions are based on my understanding and my interpretation of the documentation, records and other information provided to me and reviewed as of the date of this report listed in Appendix B.

3



EXHIBIT "1"